

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00742-CV

**PASCUAL MADRIGAL P.L.L.C.** d/b/a The Law Offices of Pascual Madrigal,
Appellant

v.

**COMMERCIAL IT SOLUTIONS INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 381855
Honorable Jason Wolff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee Commercial IT Solutions Inc. recover its costs of this appeal from appellant Pascual Madrigal P.L.L.C. d/b/a The Law Offices of Pascual Madrigal.

SIGNED August 27, 2014.

_____
Marialyn Barnard, Justice